UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: ROGER L. ESTERWOOD,　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 08-61078
　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE STEVEN W. RHODES
Debtor,

_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $ 0 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 1,995.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

☒ Creditors rights to object to the last filed Modified Plan are preserved until December 27, 2008.

☒ The language in the Debtor's Plan that states "The trustee shall hold from distribution an additional $1,500 as a fund for payment of post-confirmation attorney fees and costs that shall be determined by the court pursuant to 11 USC Sec. 330 and LBR 2016-2. If no application has been served and filed within 30 days of the termination date of the plan, the reserved funds will be released as per this Plan" is hereby stricken.

APPROVED:　　　　　　　　　　　　　　:　　　　　　APPROVED:

/s/ Margaret Conti Schmidt　　　　　　　　　　　　　　/s/Guy T. Conti
KRISPEN S. CARROLL, TRUSTEE (P49817)　　　　　　　GUY T, CONTI  (P68889)
CHAPTER 13 TRUSTEE　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR
719 GRISWOLD STREET　　　　　　　　　　　　　　　302 N. HURON STREET
1100 DIME BUILDING　　　　　　　　　　　　　　　　YPSILANTI, MI 48197
DETROIT, MI  48226　　　　　　　　　　　　　　　　734-272-4771
313-962-5035
　　　　　　　　　　　　　　　　　　　　.

**Signed on December 13, 2008**
　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Rhodes

**Steven Rhodes**
**Chief Bankruptcy Judge**