**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

ROGER L ESTERWOOD,
Debtor.
_____/

CHAPTER 13
CASE NO. 08-61078-SWR
JUDGE STEVEN W RHODES

**TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED PROPOSED CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION AND PROPOSED AMENDMENT TO SCHEDULES**

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to the debtor's proposed Plan modification and proposed amendment to Schedules as follows:

1. The Plan fails to provide that 100% of all future tax refunds received by the debtor commencing with the 2009 income tax refund through the entire Plan pendency will be remitted to the Trustee for distribution among creditors in contravention of 11 U.S.C. § 1325(b)(1)(B) and In re Freeman, 86 F.3rd 478 (6th Cir. 1996).

2. Trustee requests recent pay stubs that reflect the "increased contributions to insurance".

3. Trustee questions whether debtor has accurately accounted for his rent expense which according to Schedule J has not changed contrary to the statement in the Plan modification.

4. Trustee requires clarification of the dividend proposed by the Plan modification as the Plan modification indicates both a 32.33% dividend to unsecured creditors and a 46.6% dividend to unsecured creditors.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny the relief requested.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

February 16, 2010          /s/ Margaret Conti Schmidt
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

ROGER L ESTERWOOD,
Debtor.
_____/

CHAPTER 13
CASE NO. 08-61078-SWR
JUDGE STEVEN W RHODES

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED PROPOSED CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION AND PROPOSED AMENDMENT TO SCHEDULES** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

GUY T CONTI PLLC
302 N HURON ST
YPSILANTI, MI  48197-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

ROGER L ESTERWOOD
220 LYNDENGLEN DRIVE
UNIT 203
ANN ARBOR, MI   48103-0000


February 16, 2010        /s/ Barbara A. Ecclestone
                         Barbara A. Ecclestone
                         For the Office of the Chapter 13 Trustee-Detroit
                         719 Griswold Street
                         1100 Dime Building
                         Detroit, MI  48226
                         (313) 962-5035
                         notice@det13ksc.com