UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re:

ROGER L. ESTERWOOD,

          Case # 08-61078-swr
          Chapter 13
    Debtor.          Hon. Steven W. Rhodes
          Filed: August 29, 2008

-----------------------------------------------/

## ORDER CONFIRMING PROPOSED CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION - AMENDED

    Roger L. Esterwood filed for protection under Title 11, Chapter 13 on August 29, 2008. An Order Confirming Plan was entered on December 15, 2008.

    The Debtor filed and served an Amended Proposed Chapter 13 Post-Confirmation Plan Modification on January 29, 2010.

    On February 16, 2010, the Standing Chapter 13 Trustee filed objections to the Debtor's Amended Proposed Chapter 13 Post-Confirmation Plan Modification.

    The parties have resolved the Trustee's objections.

    It is hereby ORDERED:

- The Debtor's plan payments shall be reduced to $327.22 per bi-weekly pay period.
- Then, on January 11, 2013, when Mr. Esterwood has repaid his 401(k) loan, the Debtor's plan payments shall be increased to $510.44 per bi-weekly pay period.
- Class 8 general unsecured creditors shall be paid 32.33% of their duly filed and allowed claims with 0.00% interest per annum.
- Beginning with tax year 2009, the Debtor commits 100% of his tax refunds to the plan.

In all other respects, the Order Confirming Plan of 12/15/2008 shall remain in full force and effect.

.

**Signed on February 23, 2010**

                 _/s/ Steven Rhodes_
                 **Steven Rhodes**
                 **United States Bankruptcy Judge**